MARION WALLACE *v.* COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES ET AL.
(7848)

DALY, NORCOTT and FOTI, Js.

Argued December 11—decision released December 19, 1989

*Marion Wallace,* pro se, the appellant (plaintiff).

*Deborah Green,* with whom, on the brief, was *Lawrence A. Ouellette, Jr.,* for the appellees (defendants).

PER CURIAM. There is no error.